IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-MJ-1123-1-BO

FILED
DEC 1 1 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United Stated of America

vs.

Michael W. Myers, Jr.

**ORDER TO RETURN
CASH DEPOSIT ON BOND**

It appearing to the Court that pursuant to the Bail Reform Act, the above-named defendant was released on the conditions checked below:

( ) The defendant executed an appearance bond binding himself to pay the United States of America the sum of $_____ and deposited in the registry of the court the sum of $_____, being not more than 10% of the amount of the bond.

(X) The defendant executed an appearance bond in the amount of $1,000.00 secured by the deposit of an equal amount of cash.

( ) The defendant deposited $_____ as part of the total bond in this case which also included _____.

It further appearing to the Court that the defendant has performed the conditions of his release. It is therefore **ORDERED** that the Clerk of this Court return said cash deposit in the amount of $1,000.00 by issuing a check in said amount payable to:

Michael W. Myers, Jr.
107 Robin Drive
South Mills, NC 27976

This __11__ day of December, 2013.

TERRENCE W. BOYLE
U.S. District Judge